# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0681
_____

DEVAN MICHAEL BLACK,

>   Appellant,

>   v.

STATE OF FLORIDA,

>   Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

May 31, 2024


PER CURIAM.

>   AFFIRMED.

KELSEY, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.